IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKDALE IRRIGATION DISTRICT, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>　　　　　Defendants._____/ | **Old Case No: 2:09-CV-2452   JAM KJM**<br><br>**ORDER REASSIGNING DISTRICT JUDGE AND MAGISTRATE JUDGE** |

　　　Based upon the Court's review of the pleadings, this matter is closely related to three, earlier-filed cases presently assigned to District Judge Oliver W. Wanger: 1:09-CV-1053 OWW DLB, *San Luis & Delta-Mendota Water Authority, et al. v. Locke, et al.*; 1:09-CV-01090 OWW DLB, *Stockton East Water District v. United States National Oceanic and Atmospheric Administration, et al.*; and 1:09-CV-1378 OWW SMS, *State Water Contractors v. Locke, et al.*  Given the similarity of legal issues between these and the above-captioned case, and in the interest of judicial economy, the Court finds good cause to reassign the above-captioned case to District Judge Oliver W. Wanger and Magistrate Judge Dennis L. Beck, pursuant to Local Rule 83-123(c).

　　　The Court hereby REASSIGNS this action from District Judge John A. Mendez to District Judge Oliver W. Wanger and REASSIGNS this action from Magistrate Judge Kimberly J. Mueller to Magistrate Judge Dennis L. Beck.

　　　The parties will be notified of the new case number upon completion of the transfer process.

SO ORDERED

Dated: September 3, 2009          /s/ Oliver W. Wanger
                                   Oliver W. Wanger
                                   United States District Judge


Dated:   September 3, 2009         /s/ John A. Mendez
                                   John A. Mendez
                                    United States District Judge, Concurring


IT IS SO ORDERED.

**Dated:   September 4, 2009**          **/s/ Anthony W. Ishii**
                                   CHIEF UNITED STATES DISTRICT JUDGE